389 A.2d 677

Commonwealth v. Cook, Appellant.

Submitted March 30, 1977. Frank R. Cori, Assistant Public Defender, for appellant; Anthony J. Miernicki, Assistant District Attorney, and Richard B. Russell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.